| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Hussmann, William G. | 2. Court or Organization<br><br>Southern District of Indiana | 3. Date of Report<br><br>04/06/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>328 Federal Building<br>101 Martin Luther King Blvd<br>Evansville, Indiana 47708 | | |
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information. Insert signature on last page.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. Committe Member/Vice Chair of Diversity Outreach Committee | Evansville Bar Association, Evansville, Indiana |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 08/01/1981 | Pension Plan with Indiana Public Employees Retirement Fund |
| 2. 07/01/08 | Lease of Rental Property I own at      Evansville, In |
| 3. 03/01/09 | Lease of Rental Property I own at      Evansville, In |

| Name of Person Reporting | Date of Report |
|---|---|
| Hussmann, William G. | 04/06/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 01/01/11 | employment with University of Evansville |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hussmann, William G. | 04/06/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First Federal Savings Bank | Mortgage on rental property at [ ] Evansville, In | K |
| 2. | 5/3 Bank | Mortgage on rental property at [ ] Evanville, In | M |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hussmann, William G. | 04/06/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. mmm Common Stock | D | Dividend | N | T | | | | | |
| 2. Xcell Energy common | A | Dividend | J | T | | | | | |
| 3. Ingersol Rand Common | A | Dividend | J | T | | | | | |
| 4. A T & T common | C | Dividend | K | T | | | | | |
| 5. Ind PERF | A | Int./Div. | K | T | | | | | |
| 6. Ind PERF | A | Int./Div. | J | T | | | | | |
| 7. Old National checking | A | Int./Div. | J | T | | | | | |
| 8. Old National checking | A | Int./Div. | J | T | | | | | |
| 9. 5/3 Bank C/D | A | Int./Div. | J | T | | | | | |
| 10. Old National C/D | A | Int./Div. | J | T | | | | | |
| 11. Old National Savings | A | Int./Div. | J | T | | | | | |
| 12. Northwestern Mut Life | A | Int./Div. | K | T | | | | | |
| 13. U.S. Savings Bond | | None | J | T | | | | | |
| 14. Putnam Growth & Inc | A | Interest | J | T | | | | | |
| 15. Lucent | | None | J | T | | | | | |
| 16. Imation common | | None | J | T | | | | | |
| 17. Albrecht Life Insurance Trust-- Commerce Bank | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hussmann, William G. | 04/06/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Albrecht Trust | D | Distribution | N | T | | | | | |
| 19.  Alliance Growth Fund | | None | J | T | | | | | |
| 20.  Sierra Corp (formery Avaya) | | None | J | T | | | | | |
| 21.  Putnam Growth/Opportunities | | None | J | T | | | | | |
| 22.  Putnam Voyager | | None | J | T | | | | | |
| 23.  AT&T Comcast | A | Dividend | J | T | | | | | |
| 24.  Parcel 1 | D | Rent | L | S | | | | | |
| 25.  Parcel 2 | D | Rent | M | S | | | | | |
| 26.  Old National Bank IRA | A | Interest | K | T | | | | | |
| 27.  Commerce Bank St. Louis | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hussmann, William G. | 04/06/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII -- did not have enough lines

Alliance Growth Fund -- (2007 line 19) No income -  Value Code J/T no transactions
Sierra Corp ( formerly Avaya) Common stock     (2007 line 20 No income- Value Code J/T
Putnam Growth Opportunities     (2007  line 22) No income- Value Code J/T- no transactions
Putnam Voyager Fund    -(2007  line 23)  Income Code A Interest  Value Code J/T - no transcations
AT& T Comcast(2007 line 30) Amount code A, Divident Value code J/T
Parcel 1 Rental Property                    Evansville, In  Income Code D  Rent Value Code L Method Code R
Parcel 2 Rental Property                Evansville, In Income Code D   Rent Value Code M  Method Code R
Old National Bank IRA     Income code A Interest Value code J/T
Albrecht Trust-- Commerce Bank--     -- Income Code D  Value Code O/T
Commerce Bank-- St. Louis-- Checking Account      Income Code A-- Value Code K -- Obtained 5/4/11 on death

| Name of Person Reporting | Date of Report |
|---|---|
| Hussmann, William G. | 04/06/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William G. Hussmann**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544